UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

NAZARIO MACAR HERNANDEZ REYES,

Plaintiff,

v.

NISSAN NORTH AMERICA, INC.,

Defendant.

No. 2:25-cv-01812 WBS CSK

ORDER

----oo0oo----

Defendant's unopposed motion to modify the scheduling order (Docket No. 6) is hereby GRANTED, and the hearing scheduled for November 9, 2026, is accordingly VACATED. See Fed. R. Civ. P. 16(b)(4). Plaintiff's counsel is directed to make plaintiff's daughter available for deposition, and make the subject vehicle available for inspection, within 30 days of this order at a time and place agreeable to both sides.

IT IS SO ORDERED.

Dated: October 22, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE